The People of the State of Illinois, defendant in error, v. David L. Johnson, plaintiff in error. Gen. No. 35,848.

Opinion filed February 8, 1933.

Johan Waage, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; James L. Henry and Herman S. Weinberg, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Harry H. Malkin, appellee, v. Charles M. Ross et al., appellants. Gen. No. 35,854.

Opinion filed February 8, 1933. Rehearing denied February 20, 1933.

Harold J. Finder, for appellants. Malkin & Malkin, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

P. W. Bauman, appellee, v. C. I. T. Corporation, appellant.

The People of the State of Illinois ex rel. C. I. T. Corporation, Realtor, v. John H. Lyle, Judge of the Municipal Court of Chicago. Gen. No. 36,332.

Opinion filed February 8, 1933.

Short, Rothbart, Willner & Lewis, for appellant; George H. Meyer, Seymour Lewis and Dwight McKay, of counsel. Gettleman & Adelman, for appellee; Milton M. Adelman, of counsel.

Per curiam.